**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4096-23

RAYMOND MANZO,

    Plaintiff-Appellant,

v.

THE LIFE CHRISTIAN
CHURCH, INC.,

    Defendant-Respondent.

_____

Submitted May 22, 2025 – Decided May 29, 2025

Before Judges Walcott-Henderson and Vinci.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Docket No. L-1170-24.

Brandon J. Broderick, LLC, attorneys for appellant (Justin M. Day, on the brief).

Respondent has not filed a brief.

PER CURIAM

The court being advised by the parties that the matter has been amicably resolved and the parties having stipulated to the dismissal of the appeal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

2

A-4096-23